IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
EASTERN DIVISION

BRADLEY LINN MYERS, MDOC #102843                                    PLAINTIFF

V.                                              CIVIL ACTION NUMBER:  4:06CV30-TSL-JCS

BILLY SOLLIE, LAUDERDALE CO. SHERIFF                              DEFENDANT

### AGREED JUDGMENT OF DISMISSAL

This cause comes before the Court on the Plaintiff's ore tenus Motion to Voluntarily

Dismiss this case because the Plaintiff's requested relief has been provided, and the Court

being informed that the Defendant has no objection to the Motion, finds that it is well-taken and

should be granted.  It is therefore

ORDERED that the Plaintiff's Motion to Voluntarily Dismiss this case be, and is hereby,

granted.  It is further,

ORDERED that this case be, and is hereby, dismissed with prejudice.  Each party shall

bear his own costs.

SO ORDERED, this the   3rd   day of July,  2007.


/s/Tom S. Lee_____
**UNITED STATES DISTRICT JUDGE**


**AGREED:**

/s/Bradley Linn Myers_____
Bradley Linn Myers, (MDOC #102843), The Plaintiff


/s/Lee Thaggard_____
Lee Thaggard     (MSB #9442)
Attorney for Defendant